**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION**

---

MINNESOTA MINING AND
MANUFACTURING CO., ET AL.,

      Civil No. 01-607 JRT/AJB

    Plaintiffs,

v.      **ORDER ON PLAINTIFFS' MOTION
TO COMPEL DEPOSITIONS**

ACCO BRANDS, INC., ET AL.,

    Defendants.

---

MINNESOTA MINING AND
MANUFACTURING CO.,

      Civil No. 02-4891 JRT/AJB

    Plaintiff,

v.      **ORDER ON PLAINTIFFS' MOTION
TO COMPEL DEPOSITIONS**

VELO ENTERPRISES CO.,

    Defendant.

---

The above matter came before the court on Plaintiffs' Motion to Compel the Deposition of Stella Yu and the 30(b)(6) Deposition of Velo Enterprises Co., Ltd. [01-607, Docket No. 118] [02-4891, Docket No. __]. A hearing was held on June 3, 2004, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. Matthew J. Goggin, Esq., and Russell J. Rigby, Esq., appeared on behalf of Plaintiffs ("3M"). Steven E. Adkins, Esq., and Kevin D. Conneely, Esq., appeared on behalf of the Defendants. Based on the file, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Compel the Deposition of Stella Yu and the 30(b)(6) Deposition of Velo Enterprises Co., Ltd. is **granted** in part and **denied** in part. [01-607, Docket No. 118] [02-4891, Docket No. __].

2. Plaintiffs' Motion to Compel the Deposition of Stella Yu is **granted**. The deposition fo Stella Yu, both personally and as a Rule 30(b)(6) designee, shall take place in Minnesota at a time to be agreed to by the parties. The deposition shall take place in the same general time period as the mediation between the parties.

3. Plaintiffs' Motion to Compel the Deposition of Mr. Wu, Velo's other Rule 30(b)(6) designee, is **denied**. The deposition of Mr. Wu shall take place in Taiwan. Plaintiffs may attend the deposition in person in Taiwan or arrange for video-conferencing.

Dated: June 4, 2004

s/Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge
